# IN THE SUPREME COURT OF THE STATE OF NEVADA

FILED

OCT 02 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Yaurey
DEPUTY CLERK

GREENMART OF NEVADA NLV LLC,
A NEVADA LIMITED LIABILITY
COMPANY; NEVADA ORGANIC
REMEDIES, LLC; AND LONE
MOUNTAIN PARTNERS, LLC,
                    Appellants,
        vs.
TGIG, LLC, A NEVADA LIMITED
LIABILITY COMPANY; NULEAF
INCLINE DISPENSARY, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; NEVADA HOLISTIC
MEDICINE, LLC, A NEVADA LIMITED
LIABILITY COMPANY; TRYKE
COMPANIES SO NV, LLC, A NEVADA
LIMITED LIABILITY COMPANY;
TRYKE COMPANIES RENO, LLC, A
NEVADA LIMITED LIABILITY
COMPANY; PARADISE WELLNESS
CENTER, LLC, A NEVADA LIMITED
LIABILITY COMPANY; GBS NEVADA
PARTNERS, LLC, A NEVADA LIMITED
LIABILITY COMPANY; FIDELIS
HOLDINGS, LLC, A NEVADA LIMITED
LIABILITY COMPANY; GRAVITAS
NEVADA, LLC, A NEVADA LIMITED
LIABILITY COMPANY; NEVADA
PURE, LLC, A NEVADA LIMITED
LIABILITY COMPANY; MEDIFARM,
LLC, A NEVADA LIMITED LIABILITY

No. 79668

 
20-36258

COMPANY; MEDIFARM IV LLC; AND
THE STATE OF NEVADA
DEPARTMENT OF TAXATION,
                    Respondents.

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting a preliminary injunction. Certain respondents have filed a motion to dismiss this appeal as moot because the district court has now entered an order granting a permanent injunction. *See, e.g., Univ. Sys. v. Nevadans for Sound Gov't*, 120 Nev. 712, 720, 100 P.3d 179, 186 (2004). Appellant GreenMart of Nevada NLV LLC has filed a notice stating that it does not oppose the motion to dismiss. The remaining appellants have not filed oppositions to the motion to dismiss. The motion is granted and this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.          _____, J.
Hardesty                                              Cadish

cc: Hon. Elizabeth Goff Gonzalez, District Judge
McLetchie Law
Koch & Scow, LLC
H1 Law Group
Attorney General/Carson City
Attorney General/Las Vegas
Clark Hill PLC
Law Offices of P. Sterling Kerr
Sgro & Roger
Gentile, Cristalli, Miller, Armeni & Savarese, PLLC
Eighth District Court Clerk